IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. LYNCH | : | CIVIL ACTION |
| vs. | : | |
| EVELYN RIVERA, et al. | : | NO.:  16-cv-5493 |

O R D E R

AND NOW, this 5th day of DECEMBER, 2016, in accordance with the court's procedure for random reassignment of cases, it is hereby,

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Cynthia M. Rufe to the calendar of the Honorable Legrome D. Davis.

FOR THE COURT:

PETRESE B. TUCKER
Chief Judge

ATTEST:

_____
LUCY V. CHIN
Interim Clerk of Court