IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| IN RE EVELYN RIVERA | : |  |
|  | : |  |
|  | : | NO. 16-cv-5493 |

## ORDER

AND NOW, this 8th day of December 2016, with the record on appeal from the Bankruptcy Court in the above captioned case reassigned to this court's docket on December 5, 2016, it is hereby ORDERED that the schedule for filing briefs is as follows:

1. The Appellant shall serve and file his brief within 15 days after the date of reassignment.

2. The Appellee shall serve and file briefs within 15 days after service of the brief of the Appellant.

3. The Appellant may serve and file a reply brief within 10 days after service of the brief of the Appellee.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.