IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                        |   |                  |
|------------------------|---|------------------|
|                        | : | CIVIL ACTION     |
|                        | : |                  |
| IN RE EVELYN RIVERA     | : |                  |
|                        | : |                  |
|                        | : | NO. 16-cv-5493   |

ORDER

AND NOW, this 4th day of January 2017, upon review of the Court's records indicating that Appellant has not filed a brief in the above-captioned matter despite a court order to do so by December 20, 2016 (Doc. No. 3), it is hereby ORDERED that Appellant shall serve and file a brief by Wednesday, January 18, 2017.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.