In the United States District Court
for the Eastern District of Pennsylvania

In Re: John Lynch          Adversary N# 16-00301 AMC-2016
        v
     Evelyn Rivera
        +
In Re: Evelyn Rivera       Bankruptcy N# 16-16769 AMC 2016

USDC #16-CV-5493

RECEIVED JAN 20 2017

Adversary's Brief on appeal of order
In denial of In Forma Pauperis

to: the Hon. Legrome D. Davis;

   This is an appeal from the denial of the United States Bankruptcy Court Judge Ashley M Chan in the adversary proceeding captioned above. The adversary is presently separated from the file.

## Procedural History

To the best of adversary recollection he was informed on Sept 1st 2016 that the debtor would be filing a bankruptcy to elude payment of a judicial lien held by Lynch in the Philadelphia Court of Common Pleas #150304249.

amended 1st page of Brief

In the United States District Court
for the Eastern District of Pennsylvania

In Re John J Lynch      Adversary # 1600301 AMC 2016
     vs
   Evelyn Rivera
     +
In Re Evelyn Rivera      Bankruptcy # 16-16269 AMC 2016

                    USDC # 16-cv-5493

RECEIVED JAN 20 2017

Adversarys Brief on appeal of order
In denial of In Forma Pauperis

To; The Honorable Legrome D. Davis;

     This is an appeal from the denial of the Petition to proceed In Forma Pauperis by the United States Bankruptcy Court Judge Ashley M Chan in adversary proceeding captioned above, the adversary Plaintiff is presently separated from the file

Procedural History
to the best of the adversarys recollection he was informed on (August 1st 2016) that the debtor would be filing a bankruptcy to Elude payment of a Judical lien held by Lynch in the Philadelphia Court of Common Pleas at No# 15-03-04249,

On the day before the scheduled Sheriffs sale the debtor, and her Community Legal services attorney appeared in the state court and Petitioned the court to stay the sale solely on the premise of a future filing of a bankruptcy without any order or authority in the bankruptcy code extending the bankruptcy protections to such premise of future filings, and the state court stayed the sale.

By staying the sale the state court did deprive the adversary of his rights stated in the Pennsylvania Constitution at article I section 11 due process of law and "the Administration of Justice without delay". It did so without stating what authority it has done so.

The adversary prepared an adversary complaint and In forma Pauperis Petition promptly filed and served them by U.S. mail, and received notice of the chapter 7 Bankruptcy at about the same time.

The Bankruptcy Judge Ashley M. Chan denied the adversarys I. F. P. Petition without comment, and the adversary filed this appeal, and it is presumed jurisdiction was removed,

The adversary complaint claims that the debt was not dischargeable pursuant to provisions of 523A and also sought a determination as to his right to recovery against the estate and all the interested parties for refusing to produce the insurance information ordered to be produced in the State court by order of the court dated 9-15-15 of which the court and the adversary gave notice to all the interested parties in the Estate

the Adversary claims that their refusal to produce that information obstructed the adversarys right to proceed pursuant to PA P.R.C.P. 3159 A(6) the right of the plaintiff to maintain an action against an indemnity insurer upon return of execution unsatisfied against the insured, Which are all the interested Parties in the Estate,

the Debtors counsel filed a motion to dismiss the adversary filed a response to the motion clarifying his position with distinction which distinguishes his case from those cited by the debtor Legal aid counsel.

the Bankruptcy Judge thereafter ordered the matter dismissed without comment, and presumably without

jurisdiction where on appeal had been taken in the matter.

The adversary then filed another appeal from that order of dismissal with the clerk of the Bankruptcy court, and the chief Judges office for the Bankruptcy court, which is presently in the process of being docketed.

Also in the interim of this appeal pendency the debtors counsel also filed a motion to avoid the Judical lien which is challenged in the adversary proceeding.

the adversary filed a response to the motion with the clerk of the Bankruptcy court in which he incorporates the pleadings of the adversary complaint and response to motion to dismiss by reference thereto.

the Judical lien is not a consumer credit debt, is not an auto accident or medical malpractice debt, and is distinguished.

the Judical lien is for the willful action of the debtor who opened the adversarys door to dangerous and violent persons

Who were pounding upon the locked door attempting to gain entrance to do violence in adversarys home to the debtor, th adversary told debtor not to open the door, and wait for police that the adversary had called,

Debtor did open the door, was attacked and on the floor when adversary attempted to rescue her, He was injured in his left eye permanetly, It is the tinker doctrin that is controling as stated in the adversarys reponse to the motion to dismiss

Respectfully

Jeff Lynch

1-14-17

16-cv-5493

16-cv-5493

I John J Lynch hereby certifies that I have served a true and correct copy of the attached brief upon the persons listed below by 1st class mail on the 15th day of January 2017

① Jennifer Schultz Esq
Community Legal Services
1410 W Erie ave
Phila PA 19140

John J Lynch

② Evely Riviero
10817 Modena terr,
Phila PA, 19154

③ US Trustee
Gary F Seitz Esq
601 Walnut st
Suite # 380
Phila PA 19106

Joel Hynd only yours Oct 2
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 302283
Out in Mail Only
1-13-17

Clerk of Court
US District Court
601 Market St
Phila PA 19106

USDC case # 16-cv-505493 COIS

Joel Hynd only yours Oct 2
Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 302283
Out in Mail Only
1-13-17

United States District Court
601 Market St
Phila PA 19106

[Envelope image]

From:
Jo[illegible]
Philadelphia Prison System
Philadelphia, PA 19136
PPN 502783

To:
Clerk of Court
United States District Court
601 Market St
Philo. Ph 19106

Corrected 1ST Page for Brief
Case No # 16-cv-5493