In the United States District court
for the Eastern District of Pennsylvania

John J Lynch v Evelyn Rivera

No# 16 CV 5493
No# 17 CV 312
No# 17 CV 408

FILED
MAR 08 2017
KATE BARKMAN, Clerk
By__________Dep. Clerk

Appellants Sur Reply to the Responses of the Several appellees/Interested Parties of the Estate

To: The Honorable Judges of the Court;

John J Lynch the Appellant in the above captioned matters relates the following;

1. That if the U.S. District Court for the Eastern District of Pennsylvania considers the appeal of the denial of the Petition to be an interlocutory appeal not ripe until the case in chief was appealed then in that context the court did not lose jurisdiction upon that issue with the filing of the appeal on the case in chief on January 10th 2017 pursuant to the Prison mail box Rule, and the:

Extraordinary, and attendant

Circumstances

2. The Appellant relates to the Court that Extraordinary and attendant circumstances were present as defined by Blacks Law dictionary ① a fact that is situationally relevant to a particular event or occurrance. ② A highly unusual set of facts that are not commonly associated with a particular Thing or occurance.

3. the Appellant claims that the following set of facts, and circumstances should be considered as such Extraordinary and attendant circumstances that : A) Impeded, hindered, obstructed, and/or otherwise prevented the appellant from a timely receipt of the courts orders appealed.

: B) Impeded, hindered, obstructed, and/or otherwise prevented the appellant from filing appeals of the courts orders in a timely fashion through no fault of his own, and that the appellant acted with all due care, and dilligence.

4. That on November 28th 2016 a disgruntled neighbor who is defendant in legal proceeding No's 160701409 with appellant here did call Phila Police radio and falsely state that appellant had been pointing a firearm at him from inside the appellants residence, threatening, and assaulting him with fire arm,

5. Appellant here was seized at his front door by Swat team, with out wallet funds, glasses, or shoes, and immediately transported to the Police administration building at 8th and Race sts, and held there for 48 hours in communicado.

6. Police did a complete search of the residence and found no fire arms. Rather than do the right thing and return appellant to his residence the left the appellant to be processed into the court, and prison systems, and thereafter held on an unattainable Bail of $300,000.00.

7. the appellant was kept incommunicado in quarantine for approx 5-7 days, then transfered into a closed custody unit at the Phila Prison system.

8. appellant immediately requested indigent envelopes, and sent out a letter to United States Post office No 19114 to forward mail to him.

9. Appellant also sent indigent mail letter to his mother in Palm Bay FA, Who arranged for cousin Richard Miles here in Phila to go check on residence, pick up, repackage, re mail it to appellant, which he did and also put in a forwarding order.

10. On Januarary 5th 2017 Appellant received in the evening mail a Large manilla envelope he had been waiting on for three weeks to receive his mail. The top portion of which was sent attached to the Nunc Pro tunc Petition, and Nunc Pro tunc notice of appeal to the United States Bankruptcy Court by placing them in the prison mailbox on Jan. 10th 2017 as per the prison mailbox rule. Attached hereto is the bottom original portion of that envelope with a date notation as to the V.A. pension check, the envelope the second VA pension check which came with manilla envelope with similar notation and an original CC copy of the grievance form for January 5th 2017 to get funds posted so appellant could buy paper, pens, envelopes, and postage. He had none, and had to beg, and borrow paper, and pen, and use indigent mail, and prison mailbox for notices of appeals, and could borrow no more.

11. In light of the evidence presented to the United States Bankruptcy Court attached to the petition, and Nunc Pro tunc Notice of appeal which support the facts, and circumstances setforth in this pleading of the appellant, and those attached hereto showing that indeed appellant did act with all due care, and dilligence, and was not neglectful.

12. In light of the evidence provided supporting the statement of the facts pleaded by the appellant as to Extraordinary and attendant Circumstances that were beyond the control of the appellant Who acted with all proper care, and due dillegence it is clear those circumstances Did impede the appellants timely receipt of the United States Bankruptcy Court orders, and his ability to act upon them in a timely fashion through no fault of his own, and the appropiate deadline under the circumstances is and or should be adjusted to 14 days from January 5th 2017 which is the 19th of January 2017,

Wherefore the appellant Respectfully request that This Honorable Court in fairness overule, and or otherwise deny the motions to dismiss the appeals in the matters, and find the matters properly appealed under the circumstances

Respectfully
Submitted

John J Lynch

Additional Exhibit E

the Bottom Portion of the "Manilla Envelope" Submitted previously to U.S. Bky Court

J.D.L.

Exhibit F

The envelop that carried the appellants January check with forwarding label on it, Both were held till the greivance was addressed

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 51320
PHILADELPHIA, PENNSYLVANIA 19115-6320

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Deliver
30th
Day of the Month

Forgery of endorsements on Treasury checks is a Federal crime. Maximum penalty is a $10,000 fine and ten years imprisonment.

**IF RECIPIENT DECEASED**
Check here and drop in mailbox.

FIRST CLASS PRESORT
POSTAGE AND FEES PAID
DEPARTMENT OF
THE TREASURY
PERMIT NO. G-4

AJH
1-4-17
check # 0324638
$1075.00

562-783

T 176 DFE 1260C16C0012/31/16

LYNCH JOHN
7901 STATE RD
PHILADELPHIA PA 19136-3407

FWD
19136>3407

BC: 19136340701 *2419-07175-31-23

B. the Greivance form original concerning the holding of funds back from appellant depriving him of Stationary and postage

Attachment 3.F.10.a

**PHILADELPHIA DEPARTMENT OF PRISONS**

**INMATE GRIEVANCE FORM**

☐ ASD ☐ CFCF ☐ DC ☐ HOC ☐ PICC ☐ RCF

**NAME:** John Lynch **HOUSING UNIT:** A-2-4-12

**PID:** 3627783 **INTAKE NUMBER:**

**Check box only if grievance is regarding Medical Services** ☐

**Description of Grievance, Incident or Problem**
**(Include date and time of incident)**

My VA Pension checks are not money orders they should not be listed as money orders; They are better than money orders and should be Posted expeditiously

**Action Requested by Inmate:**

Please correct and Post funds

See: Continuation of Grievance – Page 2 YES ☐ No ☐

Describe how and when you tried to resolve this Grievance informally.

Date that you are depositing this Grievance in a grievance box: ____________

Signature of Grievant: [signature] Date: 1-5-17

In the United States District court
for the Eastern District of Pennsylvania

| | |
|---|---|
| John J Lynch | No # 16 CV 5493 |
| V | No # 17 CV 312 |
| Evely Rivera | No # 17 CV 408 |

FILED
MAR 03 2017
KATE BARKMAN, Clerk
By ______ Dep. Clerk

certificate of Service

I John J Lynch hereby certifies that I have served a true, and correct copy of the attached Sur Reply upon the persons listed below by 1st class mail on the 4th day of March 2017

John J Lynch

① Evelyn Rivera
10814 Madona ter
Phila PA 19154

② Jennifer schultz Esq
North Phila Law ctr,
1410 W, Erie ave
Phila PA 19140

③ Kevin G Mc Donald
Blank Rome LLP
one Logan Square
Phila PA 19130

④ Gary F Seitz Esq
C/o United States Trustee
601 Walnut st Ste # 950
Phila PA 19106

⑤ Celine P. Derkrikorian
123 South Broad st Ste # 1400
Phila PA 19107

⑥ Thomas I. Puleo Esq
K M L Law Group PC
701 market st Ste # 5000
Phila PA 19106

RECEIVED
MAR - 8 2017

Philadelphia Department of Prisons
Philadelphia, PA 19136
PPN 552783
John J Lynd
U.S.M.S.
X-RAY
Clerk of Court
United States District Court
601 Market st
Phila PA 19106
USA
FOREVER
FOREVER USA
Bank Swallow

