IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EVELYN RIVERA | : | CIVIL ACTION |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | NO.:  16-cv-5493 |

## O R D E R

**AND NOW**, this **19**th day of **OCTOBER, 2017**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Legrome D. Davis, to the calendar of the Honorable Paul S. Diamond.

FOR THE COURT:

LAWRENCE F. STENGEL
Chief Judge

ATTEST:

_Kate Barkman_
KATE BARKMAN
Clerk of Court